AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'HARA, JAMES P. | U.S. DISTRICT COURT | 4/6/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE, FULL-TIME | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

219 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 4/6/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | UNIVERSITY OF KANSAS LAW SCHOOOL - TEACHING | $1,750.03 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 02/27/14 - 02/28/14 | Washington, DC | Educational seminar | meals, lodging, transportation |
| 2. | American Conference Institute | 06/05/14 | Chicago, IL | Educational seminar | meals, lodging, transportation |
| 3. | American Conference Institute | 09/23/14 | Dallas, TX | Educational seminar | meals, lodging, transportation |
| 4. | American Conference Institute | 10/28/14 | New York, NY | Educational seminar | meals, lodging, transportation |
| 5. | American Conference Institute | 10/29/14 - 10/30/14 | New York, NY | Educaitonal seminar | meals, lodging, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 4/6/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 4/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Valley View State Bank (savings & checking accounts) | A | Interest | J | T | | | | | |
| 2. Mariner Rollover IRA No. 1 (formerly Fidelity Rollover IRA No. 1) | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. - Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 5. - Vanguard Index Fds Reit ETF | | None | K | T | Buy | 10/22/14 | J | | |
| 6. - Harding Loevner Int'l Equity Port Inst'l | A | Dividend | K | T | | | | | |
| 7. - Metropolitan West Tot Return Bond Cl M | A | Dividend | K | T | | | | | |
| 8. - Oppenheimer Int'l Bond Class A | | None | | | Sold | 01/15/14 | J | A | |
| 9. Convergence Core Plus Fund Institutional C1 (con't line 10) | A | Dividend | K | T | | | | | |
| 10. (f/k/a Mariner I 30/30 Fund Institutional C1 Shares) | | | | | | | | | |
| 11. - Wasatch Emerging Mkt Sm Cap Fd | | None | | | Sold | 08/05/14 | K | B | |
| 12. - Palmer Square Absolute Return Cl 1 | A | Dividend | K | T | | | | | |
| 13. - Nuance Concentrated Value Fd Inst'l | A | Dividend | K | T | Buy | 03/05/14 | J | | |
| 14. - Tortise MLP Pipeline Fd Inst'l | A | Dividend | K | T | | | | | |
| 15. - Eaton Vance Floating Rate Advantage | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 16. - Palmer Square Fountain Short Duration High Income I | A | Dividend | K | T | | | | | |
| 17. - Mainstay Marketfield Fund Class I | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 4/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Stone Ridge Reinsurance Risk Premium I | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 19. - Stone Ridge High Yield Reinsurance Risk Premium I | A | Dividend | J | T | | | | | |
| 20. - Templeton Global Bond Fund Class A | A | Dividend | J | T | Sold (part) | 03/05/14 | J | A | |
| 21. - Touchstone Small Cap Core Fund Class I | | None | | | Sold | 07/21/14 | J | B | |
| 22. - Plum Creek Timber Co., Inc. | | None | | | Sold | 08/07/14 | J | A | |
| 23. - Rayonier, Inc. | | None | | | Sold | 01/16/14 | J | A | |
| 24. - Consilium Emerging Mkt. Sm. Cap. Inst'l | A | Dividend | K | T | Buy | 08/05/14 | K | | |
| 25. - Walthausen Small Cap Value Fund | | None | J | T | Buy | 11/20/14 | J | | |
| 26. Mariner Rollover IRA No. 2 (formerly Fidelity Rollover IRA No. 2) | | | | | | | | | |
| 27. - Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 28. - Vanguard Index Fds Reit ETF | | None | | | Buy | 10/22/14 | J | | |
| 29. | | | | | Sold | 11/25/14 | J | A | |
| 30. - Harding Loevner Int'l Equity Port Inst'l | | None | | | Sold | 11/25/14 | J | A | |
| 31. - Metropolitan West Tot Return Bond Cl M | A | Dividend | J | T | Sold (part) | 11/25/14 | J | A | |
| 32. - Oppenheimer Int'l Bond Class A | | None | | | Sold | 01/15/14 | J | A | |
| 33. - Convergence Core Plus Fund Institutional C1 (con't line 51) | | None | | | Sold | 11/25/14 | J | A | |
| 34. (f/k/a Mariner I 30/30 Fund Institutional C1 Shares) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 4/6/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Wasatch Emerging Mkts Sm Cap Fd | | None | | | Sold | 08/05/14 | J | A | |
| 36. - Palmer Square Absolute Return Cl I | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 37. - Nuance Concentrated Value Fd Inst'l | A | Dividend | | | Buy | 03/05/14 | J | | |
| 38. | | | | | Sold | 11/25/14 | J | A | |
| 39. - Tortise MLP Pipeline Fd Inst'l | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 40. - Eaton Vance Floating Rate Advantage | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 41. - Palmer Square Fountain Short Duration High Income I | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 42. - Mainstay Marketfield Fund Class I | | None | J | T | Sold (part) | 11/25/14 | J | A | |
| 43. - Stone Ridge Reinsurance Risk Premiums I | A | Dividend | | | Buy | 02/06/14 | J | | |
| 44. | | | | | Sold | 11/25/14 | J | A | |
| 45. - Stone Ridge High Yield Reinsurance Risk Premium I | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 46. - Templeton Global Bond Fund Class A | A | Dividend | | | Sold (part) | 03/05/14 | J | A | |
| 47. | | | | | Sold | 11/25/14 | J | A | |
| 48. - Touchstone Small Cap Core Fund Class I | | None | | | Sold | 07/21/14 | J | A | |
| 49. - Plum Creek Timber Co., Inc. | | None | | | Sold | 08/07/14 | J | A | |
| 50. - Rayonier, Inc. | | None | | | Sold | 01/06/14 | J | A | |
| 51. - Consilium Emerging Mkt Sm Cap Inst'l | | None | | | Buy | 08/05/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 4/6/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/25/14 | J | A | |
| 53. - Spartan 500 Index Fd Adv Cl | | None | J | T | Buy | 11/25/14 | J | | |
| 54. - Spartan Int'l Index Fd Adv Cl | A | Dividend | J | T | Buy | 11/25/14 | J | | |
| 55. - Spartan Sm Cap Index Fd Adv Cl | | None | J | T | Buy | 11/25/14 | J | | |
| 56. - Spartan Real Est Index Fd Adv Cl | | None | J | T | Buy | 11/25/14 | J | | |
| 57. - Tortoise MLP & Pipeline Fd Investor Cl | A | Dividend | J | T | Buy | 11/25/14 | J | | |
| 58. - Palmer Square Fountain Short Term Duration High Inc A | A | Dividend | J | T | Buy | 11/25/14 | J | | |
| 59. - Nuance Concentrated Value Fund Class A | A | Dividend | J | T | Buy | 11/25/14 | J | | |
| 60. - Weitz Short Intermediate Income Fd Investor Cl | A | Dividend | J | T | Buy | 11/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 4/6/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section VII, Lines 15 and 40, I have corrected the name of the mutual fund. In the 2013 report, I misspelled it as "Eaton Vance Floating Raste Advantage." It should be "Eaton Vance Floating Rate Advantage".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES P. O'HARA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544